**No. 55908.**—West India Fruit & Steamship Co. v. United States, protest 113233–K (Tampa).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of sugar sirup the same in all material respects as that the subject of *United States* v. *Olavarria & Co., Inc.* (37 C. C. P. A. 40, C. A. D. 417), and that the total sugars are as set forth in the United States chemist's report attached to the entry, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 3, 1951

**No. 55909.**—B. Westergaard & Co. v. United States, protests 133463–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cheese knives similar in all material respects to those the subject of *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), the claim of the plaintiff was sustained.

**No. 55910.**—F. L. Smidth & Co. v. United States, protests 154586–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the rough castings of iron the subject of *United States* v. *The Singer Manufacturing Company* (37 C. C. P. A. 104, C. A. D. 427), the claim of the plaintiff was sustained.